HOYE, Respondent, v. CIANCIMINO et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 7, 1901.) Action by Stephen M. Hoye, as agent for Rose O. Hoye, against Peter Ciancimino and the Frank

Ibert Brewing Company. No opinion. Judgment of the municipal court affirmed by default, with costs.